**EXHIBIT A**

| Defendant | Host IP address | Date Time (local) | P2P Client | ISP |
|---|---|---|---|---|
| Doe 1 | 74.233.30.35 | 1/30/10 08:26:09 AM | æTorrent 1.7.7.0 | BellSouth.net Inc. |
| Doe 2 | 74.190.182.91 | 1/30/10 05:32:14 AM | Azureus 4.3.0.6 | BellSouth.net Inc. |
| Doe 3 | 74.232.230.63 | 1/29/10 09:18:05 AM | æTorrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 4 | 74.245.28.244 | 1/29/10 08:28:33 AM | æTorrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 5 | 70.145.10.181 | 1/28/10 10:23:41 AM | BitComet 0.1.1.8 | BellSouth.net Inc. |
| Doe 6 | 74.244.47.125 | 1/27/10 05:39:19 AM | BitTorrent 6.3.0 | BellSouth.net Inc. |
| Doe 7 | 98.77.219.192 | 1/26/10 10:57:24 AM | æTorrent 1.7.7.0 | BellSouth.net Inc. |
| Doe 8 | 68.213.97.94 | 1/24/10 09:29:06 PM | BitTorrent 6.3.0 | BellSouth.net Inc. |
| Doe 9 | 68.159.142.227 | 1/24/10 04:44:49 PM | æTorrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 10 | 74.238.71.6 | 1/23/10 06:33:03 PM | æTorrent 1.8.2.0 | BellSouth.net Inc. |
| Doe 11 | 98.93.7.179 | 1/22/10 02:24:46 PM | Azureus 4.3.0.6 | BellSouth.net Inc. |
| Doe 12 | 72.145.148.182 | 1/20/10 04:24:28 PM | æTorrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 13 | 72.148.33.111 | 1/20/10 01:25:52 AM | BitTorrent 6.3.0 | BellSouth.net Inc. |
| Doe 14 | 72.154.29.155 | 1/19/10 12:17:40 AM | Azureus 4.3.0.6 | BellSouth.net Inc. |
| Doe 15 | 74.183.183.70 | 1/17/10 10:22:58 PM | BitTorrent 6.3.0 | BellSouth.net Inc. |
| Doe 16 | 74.235.53.4 | 1/17/10 11:09:59 AM | Azureus 2.1.0.4 | BellSouth.net Inc. |
| Doe 17 | 98.67.4.147 | 1/15/10 10:04:42 AM | BitComet 0.1.1.6 | BellSouth.net Inc. |
| Doe 18 | 74.170.227.212 | 1/15/10 05:41:48 AM | ?Torrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 19 | 98.65.229.33 | 1/14/10 04:26:18 AM | ?Torrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 20 | 74.182.37.155 | 1/13/10 06:22:00 AM | ?Torrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 21 | 74.229.118.225 | 1/12/10 08:50:11 PM | Azureus 4.3.0.6 | BellSouth.net Inc. |
| Doe 22 | 70.147.82.145 | 1/12/10 04:53:44 AM | ?Torrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 23 | 98.68.140.206 | 1/11/10 02:34:42 PM | ?Torrent 1.8.3.0 | BellSouth.net Inc. |
| Doe 24 | 74.179.96.102 | 1/11/10 02:29:34 PM | Azureus 4.3.0.6 | BellSouth.net Inc. |
| Doe 25 | 98.90.5.238 | 1/11/10 02:19:38 PM | Azureus 4.3.0.6 | BellSouth.net Inc. |
| Doe 26 | 74.177.204.4 | 1/11/10 02:18:03 PM | BitLord 1.01 | BellSouth.net Inc. |
| Doe 27 | 68.212.171.124 | 1/11/10 02:02:35 PM | BitTorrent 6.3.0 | BellSouth.net Inc. |
| Doe 28 | 72.144.46.241 | 1/11/10 01:53:58 PM | ?Torrent 1.8.5.0 | BellSouth.net Inc. |
| Doe 29 | 74.162.95.167 | 1/11/10 01:51:53 PM | ?Torrent 1.8.4.0 | BellSouth.net Inc. |
| Doe 30 | 24.180.17.95 | 1/30/10 05:26:41 AM | æTorrent 1.8.5.0 | Charter Communications |
| Doe 31 | 71.8.43.8 | 1/29/10 11:21:21 PM | æTorrent 1.8.3.0 | Charter Communications |
| Doe 32 | 71.93.236.35 | 1/29/10 12:44:57 PM | BitTorrent 6.3.0 | Charter Communications |
| Doe 33 | 68.189.112.30 | 1/28/10 06:20:35 AM | BitComet 0.1.0.9 | Charter Communications |
| Doe 34 | 71.15.113.83 | 1/27/10 12:05:17 AM | Azureus 4.3.0.6 | Charter Communications |
| Doe 35 | 97.87.61.147 | 1/26/10 09:05:47 PM | BitTornado 0.3.24 | Charter Communications |
| Doe 36 | 24.196.92.218 | 1/25/10 06:16:15 AM | æTorrent 1.8.5.0 | Charter Communications |
| Doe 37 | 24.179.165.112 | 1/25/10 03:44:21 AM | æTorrent 1.8.5.0 | Charter Communications |
| Doe 38 | 66.169.44.190 | 1/24/10 02:39:41 AM | BitComet 0.1.1.4 | Charter Communications |
| Doe 39 | 75.136.46.58 | 1/24/10 01:06:44 AM | æTorrent 1.8.5.0 | Charter Communications |
| Doe 40 | 71.92.145.38 | 1/23/10 03:41:33 AM | Azureus 4.3.0.6 | Charter Communications |
| Doe 41 | 68.184.109.224 | 1/22/10 08:41:19 PM | æTorrent 2.0.0.0 | Charter Communications |
| Doe 42 | 66.191.161.67 | 1/22/10 12:29:36 AM | BitComet 0.1.1.4 | Charter Communications |
| Doe 43 | 24.247.50.251 | 1/22/10 12:24:33 AM | æTorrent 1.8.2.0 | Charter Communications |
| Doe 44 | 71.94.176.156 | 1/21/10 07:54:32 PM | BitTorrent 6.3.0 | Charter Communications |
| Doe 45 | 68.185.193.245 | 1/21/10 03:29:18 AM | Azureus 4.3.0.6 | Charter Communications |

| Doe 46 | 24.197.24.127 | 1/20/10 04:22:01 AM | LimeWire 0.0.0.1 | Charter Communications |
|---|---|---|---|---|
| Doe 47 | 66.189.204.92 | 1/19/10 02:36:33 AM | Azureus 4.3.0.6 | Charter Communications |
| Doe 48 | 96.40.107.30 | 1/18/10 04:54:49 AM | BitTorrent | Charter Communications |
| Doe 49 | 68.187.179.88 | 1/18/10 01:13:40 AM | ?Torrent 1.8.5.0 | Charter Communications |
| Doe 50 | 97.82.210.246 | 1/14/10 06:26:54 PM | ?Torrent 1.8.5.0 | Charter Communications |
| Doe 51 | 71.80.206.162 | 1/14/10 07:35:37 AM | BitComet 0.1.1.6 | Charter Communications |
| Doe 52 | 68.112.28.171 | 1/13/10 05:48:16 AM | Azureus 4.3.0.6 | Charter Communications |
| Doe 53 | 97.92.88.223 | 1/13/10 01:37:49 AM | Azureus 4.3.0.6 | Charter Communications |
| Doe 54 | 66.190.170.242 | 1/12/10 05:57:55 PM | ?Torrent 1.8.4.0 | Charter Communications |
| Doe 55 | 97.94.241.238 | 1/12/10 12:49:41 PM | BitTorrent 6.3.0 | Charter Communications |
| Doe 56 | 24.197.133.9 | 1/11/10 01:30:01 PM | Azureus 4.3.0.6 | Charter Communications |
| Doe 57 | 68.185.245.169 | 1/11/10 01:30:01 PM | ?Torrent 1.8.5.0 | Charter Communications |
| Doe 58 | 71.236.223.37 | 2/8/10 11:04:23 AM | BitTorrent 6.4.0 | Comcast Cable Communications, Inc. |
| Doe 59 | 67.174.88.3 | 2/8/10 11:02:41 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 60 | 24.18.163.24 | 2/8/10 11:01:28 AM | æTorrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 61 | 76.98.226.162 | 1/30/10 07:13:50 PM | libtorrent 0.21.0.0 | Comcast Cable Communications, Inc. |
| Doe 62 | 68.42.152.21 | 1/29/10 04:37:58 PM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 63 | 98.208.34.161 | 1/29/10 08:27:11 AM | BitLord 1.01 | Comcast Cable Communications, Inc. |
| Doe 64 | 98.199.220.196 | 1/28/10 02:30:36 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 65 | 71.237.252.80 | 1/27/10 04:59:27 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 66 | 98.196.161.144 | 1/27/10 04:00:24 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 67 | 174.59.73.53 | 1/27/10 08:19:17 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 68 | 68.38.225.14 | 1/27/10 05:23:13 AM | Ares 3.1.5.3 | Comcast Cable Communications, Inc. |
| Doe 69 | 98.195.119.234 | 1/27/10 02:46:37 AM | BitTorrent (OS) | Comcast Cable Communications, Inc. |
| Doe 70 | 174.55.210.15 | 1/27/10 12:55:15 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 71 | 69.244.194.128 | 1/27/10 12:37:44 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 72 | 76.27.132.51 | 1/26/10 09:51:19 PM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 73 | 76.115.195.68 | 1/26/10 10:24:09 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 74 | 68.43.53.99 | 1/26/10 12:43:16 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 75 | 98.232.212.248 | 1/25/10 08:47:46 PM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 76 | 68.33.4.138 | 1/25/10 08:27:08 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 77 | 76.125.16.203 | 1/25/10 02:30:45 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 78 | 68.60.177.72 | 1/24/10 10:00:11 PM | æTorrent 1.8.5.0 | Comcast Cable |

| | | | | |
|---|---|---|---|---|
| | | | | Communications, Inc. |
| Doe 79 | 174.54.156.155 | 1/24/10 11:11:19 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 80 | 98.236.162.10 | 1/24/10 03:19:20 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 81 | 67.190.104.2 | 1/24/10 02:56:10 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 82 | 98.195.146.194 | 1/24/10 02:09:29 AM | BitComet 0.1.1.6 | Comcast Cable Communications, Inc. |
| Doe 83 | 98.213.86.160 | 1/24/10 01:03:48 AM | BitComet 0.1.0.8 | Comcast Cable Communications, Inc. |
| Doe 84 | 174.60.26.156 | 1/24/10 12:46:29 AM | æTorrent 2.0.0.0 | Comcast Cable Communications, Inc. |
| Doe 85 | 76.23.155.110 | 1/24/10 12:01:09 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 86 | 76.28.143.221 | 1/23/10 06:40:59 PM | Halite 0.3.2.1 | Comcast Cable Communications, Inc. |
| Doe 87 | 98.236.164.173 | 1/23/10 08:54:46 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 88 | 76.107.229.207 | 1/23/10 03:00:23 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 89 | 98.217.98.253 | 1/23/10 12:43:36 AM | æTorrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 90 | 71.235.198.249 | 1/23/10 12:20:05 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 91 | 98.230.136.188 | 1/23/10 12:06:40 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 92 | 98.222.125.5 | 1/22/10 05:01:29 PM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 93 | 98.195.62.100 | 1/22/10 08:00:13 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 94 | 24.18.201.211 | 1/22/10 03:41:29 AM | BitTorrent | Comcast Cable Communications, Inc. |
| Doe 95 | 98.242.237.231 | 1/22/10 03:19:04 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 96 | 67.188.246.7 | 1/21/10 07:56:15 PM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 97 | 71.236.127.152 | 1/21/10 04:50:41 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 98 | 68.49.0.249 | 1/21/10 01:25:53 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 99 | 98.215.1.126 | 1/21/10 07:00:07 AM | libtorrent 0.21.0.0 | Comcast Cable Communications, Inc. |
| Doe 100 | 98.219.91.202 | 1/21/10 01:33:57 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 101 | 98.209.200.213 | 1/21/10 01:12:48 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 102 | 76.22.98.150 | 1/21/10 12:00:38 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 103 | 174.51.226.102 | 1/20/10 09:23:20 PM | Transmission 1.7.3.0 | Comcast Cable Communications, Inc. |
| Doe 104 | 71.199.106.57 | 1/20/10 08:04:32 PM | libtorrent 0.21.0.0 | Comcast Cable Communications, Inc. |
| Doe 105 | 24.18.247.95 | 1/20/10 06:04:22 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |

| Doe 106 | 98.237.98.135 | 1/20/10 06:13:09 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| --- | --- | --- | --- | --- |
| Doe 107 | 98.203.90.56 | 1/20/10 04:30:18 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 108 | 98.226.120.142 | 1/20/10 02:52:13 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 109 | 76.27.175.200 | 1/20/10 02:45:15 AM | BitTorrent 6.1.2 | Comcast Cable Communications, Inc. |
| Doe 110 | 68.82.92.152 | 1/20/10 01:55:53 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 111 | 76.104.218.249 | 1/20/10 12:12:29 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 112 | 68.46.75.68 | 1/19/10 02:46:56 PM | Azureus 4.2.0.8 | Comcast Cable Communications, Inc. |
| Doe 113 | 76.121.190.106 | 1/19/10 02:47:43 AM | æTorrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 114 | 68.81.94.86 | 1/19/10 12:54:56 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 115 | 76.115.247.84 | 1/18/10 07:35:39 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 116 | 68.63.88.134 | 1/18/10 06:21:56 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 117 | 71.194.16.65 | 1/18/10 02:03:42 AM | BitTorrent 6.1.2 | Comcast Cable Communications, Inc. |
| Doe 118 | 69.244.207.80 | 1/17/10 09:12:36 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 119 | 76.27.170.22 | 1/17/10 09:01:39 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 120 | 98.238.219.144 | 1/17/10 08:45:26 PM | ?Torrent 2.0.0.0 | Comcast Cable Communications, Inc. |
| Doe 121 | 68.80.57.45 | 1/17/10 05:26:33 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 122 | 76.103.175.45 | 1/17/10 10:14:55 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 123 | 76.19.80.73 | 1/17/10 12:18:03 AM | libtorrent 0.21.0.0 | Comcast Cable Communications, Inc. |
| Doe 124 | 76.23.90.57 | 1/17/10 12:00:22 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 125 | 68.41.186.134 | 1/16/10 09:18:12 PM | ?Torrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 126 | 76.22.127.52 | 1/16/10 12:58:01 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 127 | 68.45.184.154 | 1/16/10 05:42:17 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 128 | 67.164.193.31 | 1/16/10 03:18:27 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 129 | 67.185.112.147 | 1/16/10 01:45:53 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 130 | 76.26.1.168 | 1/16/10 01:09:49 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 131 | 68.51.244.50 | 1/16/10 12:30:17 AM | ?Torrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 132 | 71.231.119.58 | 1/15/10 08:54:06 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 133 | 98.215.91.47 | 1/15/10 04:22:43 PM | ?Torrent 1.8.4.0 | Comcast Cable |

| | | | | |
|---|---|---|---|---|
| | | | | Communications, Inc. |
| Doe 134 | 76.16.61.80 | 1/15/10 03:56:40 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 135 | 98.207.250.160 | 1/15/10 08:10:58 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 136 | 76.31.181.123 | 1/15/10 08:00:59 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 137 | 68.82.24.110 | 1/15/10 05:33:19 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 138 | 24.22.218.214 | 1/15/10 05:11:02 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 139 | 71.231.71.127 | 1/15/10 03:55:13 AM | ?Torrent 1.8.3.0 | Comcast Cable Communications, Inc. |
| Doe 140 | 98.250.45.71 | 1/15/10 12:50:41 AM | ?Torrent 2.0.0.0 | Comcast Cable Communications, Inc. |
| Doe 141 | 98.212.9.171 | 1/15/10 12:47:11 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 142 | 76.16.200.201 | 1/15/10 12:40:43 AM | ?Torrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 143 | 71.228.44.39 | 1/15/10 12:32:59 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 144 | 71.192.210.116 | 1/14/10 08:17:10 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 145 | 174.59.192.96 | 1/14/10 07:09:25 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 146 | 68.50.40.233 | 1/14/10 06:42:07 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 147 | 98.247.125.200 | 1/14/10 09:48:56 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 148 | 71.225.29.247 | 1/14/10 08:53:23 AM | Azureus 4.0.0.2 | Comcast Cable Communications, Inc. |
| Doe 149 | 71.238.169.221 | 1/14/10 07:42:33 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 150 | 68.32.65.243 | 1/14/10 05:47:42 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 151 | 71.231.162.31 | 1/14/10 04:28:48 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 152 | 68.47.52.13 | 1/14/10 04:08:52 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 153 | 76.101.27.88 | 1/14/10 02:47:53 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 154 | 98.252.42.7 | 1/14/10 02:23:09 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 155 | 67.183.103.254 | 1/14/10 12:54:31 AM | ?Torrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 156 | 76.31.128.214 | 1/14/10 12:04:30 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 157 | 98.245.57.43 | 1/13/10 11:58:47 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 158 | 76.108.245.85 | 1/13/10 02:26:43 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 159 | 76.16.115.200 | 1/13/10 05:00:52 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 160 | 174.54.213.71 | 1/13/10 04:29:46 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |

| Doe 161 | 68.36.33.44 | 1/13/10 12:56:48 AM | ?Torrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 162 | 98.210.77.55 | 1/13/10 12:27:51 AM | ?Torrent 1.8.3.0 | Comcast Cable Communications, Inc. |
| Doe 163 | 174.49.43.239 | 1/12/10 11:07:43 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 164 | 76.120.40.22 | 1/12/10 06:58:52 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 165 | 67.181.171.88 | 1/12/10 06:29:17 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 166 | 24.16.190.88 | 1/12/10 04:40:59 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 167 | 76.124.188.33 | 1/12/10 04:18:42 AM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 168 | 71.237.66.23 | 1/12/10 04:07:41 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 169 | 76.117.127.146 | 1/12/10 02:07:39 AM | Transmission 1.7.6.0 | Comcast Cable Communications, Inc. |
| Doe 170 | 68.63.199.142 | 1/12/10 01:32:52 AM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 171 | 98.230.58.170 | 1/12/10 01:28:01 AM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 172 | 68.54.103.5 | 1/11/10 11:11:35 PM | LimeWire 0.0.0.1 | Comcast Cable Communications, Inc. |
| Doe 173 | 24.16.199.29 | 1/11/10 09:31:28 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 174 | 98.235.42.12 | 1/11/10 06:53:53 PM | Shareaza 2.3.1.0 | Comcast Cable Communications, Inc. |
| Doe 175 | 174.49.56.33 | 1/11/10 06:28:09 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 176 | 67.162.184.170 | 1/11/10 04:42:30 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 177 | 69.141.225.101 | 1/11/10 03:31:02 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 178 | 68.60.52.8 | 1/11/10 03:22:00 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 179 | 98.213.155.165 | 1/11/10 03:02:52 PM | BitTorrent (UM) | Comcast Cable Communications, Inc. |
| Doe 180 | 98.246.111.45 | 1/11/10 02:55:03 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 181 | 68.54.217.66 | 1/11/10 02:24:03 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 182 | 174.52.17.152 | 1/11/10 01:45:29 PM | Azureus 4.3.0.6 | Comcast Cable Communications, Inc. |
| Doe 183 | 98.242.198.158 | 1/11/10 01:38:19 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 184 | 98.211.85.128 | 1/11/10 01:33:25 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 185 | 67.183.243.240 | 1/11/10 01:32:52 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |
| Doe 186 | 67.160.71.223 | 1/11/10 01:31:45 PM | BitTorrent 6.3.0 | Comcast Cable Communications, Inc. |
| Doe 187 | 98.233.71.152 | 1/11/10 01:29:15 PM | ?Torrent 1.8.5.0 | Comcast Cable Communications, Inc. |

| Doe 188 | 76.123.63.155 | 1/11/10 01:25:43 PM | BitTorrent 4.9.4 | Comcast Cable Communications, Inc. |
|---|---|---|---|---|
| Doe 189 | 68.42.180.181 | 1/11/10 01:24:55 PM | ?Torrent 1.8.3.0 | Comcast Cable Communications, Inc. |
| Doe 190 | 24.2.27.173 | 1/11/10 01:23:03 PM | ?Torrent 1.8.4.0 | Comcast Cable Communications, Inc. |
| Doe 191 | 68.174.228.105 | 2/8/10 11:04:05 AM | Transmission 1.7.5.0 | Road Runner HoldCo LLC |
| Doe 192 | 72.178.160.132 | 2/8/10 11:03:18 AM | æTorrent 1.8.2.0 | Road Runner HoldCo LLC |
| Doe 193 | 72.130.205.36 | 2/8/10 11:03:17 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 194 | 65.33.24.40 | 2/8/10 11:02:39 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 195 | 67.242.90.155 | 2/8/10 11:01:42 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 196 | 76.87.74.248 | 2/8/10 11:01:09 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 197 | 97.101.67.152 | 1/30/10 01:05:39 PM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 198 | 65.29.93.84 | 1/30/10 02:31:08 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 199 | 24.24.82.140 | 1/28/10 03:37:48 PM | Azureus 4.2.0.2 | Road Runner HoldCo LLC |
| Doe 200 | 67.250.15.129 | 1/28/10 04:33:08 AM | BitComet 0.0.8.1 | Road Runner HoldCo LLC |
| Doe 201 | 66.91.195.119 | 1/28/10 03:34:48 AM | BitLord 1.01 | Road Runner HoldCo LLC |
| Doe 202 | 174.101.55.102 | 1/27/10 09:58:31 AM | æTorrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 203 | 24.243.13.136 | 1/27/10 07:46:29 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 204 | 66.61.99.201 | 1/27/10 03:20:48 AM | BitComet 0.1.0.3 | Road Runner HoldCo LLC |
| Doe 205 | 24.243.165.203 | 1/27/10 01:39:05 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 206 | 66.108.16.18 | 1/26/10 08:11:28 PM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 207 | 76.189.152.100 | 1/26/10 08:12:04 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 208 | 74.73.44.184 | 1/26/10 12:50:30 AM | LimeWire 0.0.0.1 | Road Runner HoldCo LLC |
| Doe 209 | 66.56.128.119 | 1/25/10 12:19:18 PM | æTorrent 1.8.2.0 | Road Runner HoldCo LLC |
| Doe 210 | 68.175.21.136 | 1/25/10 02:09:21 AM | libtorrent 0.21.0.0 | Road Runner HoldCo LLC |
| Doe 211 | 68.174.13.245 | 1/24/10 12:04:20 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 212 | 24.74.112.116 | 1/23/10 10:22:25 PM | æTorrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 213 | 204.210.141.120 | 1/23/10 04:47:24 PM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 214 | 98.156.3.55 | 1/23/10 03:20:28 PM | æTorrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 215 | 98.30.84.77 | 1/23/10 01:34:33 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 216 | 74.75.92.65 | 1/23/10 03:09:26 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 217 | 97.104.159.88 | 1/23/10 12:31:39 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 218 | 76.169.47.90 | 1/22/10 06:58:45 PM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 219 | 24.175.15.150 | 1/22/10 04:55:02 PM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 220 | 70.94.29.115 | 1/22/10 01:02:47 PM | æTorrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 221 | 24.193.47.247 | 1/22/10 10:35:24 AM | BitTorrent (UM) | Road Runner HoldCo LLC |
| Doe 222 | 173.168.186.43 | 1/22/10 02:26:11 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 223 | 68.204.150.89 | 1/22/10 01:08:36 AM | æTorrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 224 | 74.74.139.228 | 1/22/10 12:43:56 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 225 | 72.229.135.157 | 1/21/10 09:11:43 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 226 | 24.209.20.150 | 1/21/10 01:33:30 PM | æTorrent 2.0.0.18 | Road Runner HoldCo LLC |
| Doe 227 | 72.188.22.137 | 1/21/10 03:29:08 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 228 | 24.173.191.130 | 1/21/10 02:51:04 AM | Azureus 4.3.0.0 | Road Runner HoldCo LLC |
| Doe 229 | 75.181.15.105 | 1/21/10 12:38:03 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 230 | 65.189.234.50 | 1/20/10 10:57:20 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 231 | 70.123.129.133 | 1/20/10 03:10:41 AM | Azureus 4.2.0.8 | Road Runner HoldCo LLC |
| Doe 232 | 70.94.48.190 | 1/20/10 02:30:54 AM | æTorrent 1.8.0.0 | Road Runner HoldCo LLC |

| Doe 233 | 67.242.198.214 | 1/19/10 03:01:14 PM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
|---|---|---|---|---|
| Doe 234 | 75.183.186.193 | 1/19/10 01:23:06 PM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 235 | 72.225.213.26 | 1/19/10 01:22:33 AM | æTorrent 1.7.7.0 | Road Runner HoldCo LLC |
| Doe 236 | 75.86.244.194 | 1/19/10 01:10:47 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 237 | 65.185.172.37 | 1/19/10 12:31:49 AM | æTorrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 238 | 70.119.82.182 | 1/18/10 09:57:11 PM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 239 | 72.228.81.135 | 1/18/10 04:43:30 PM | BitTorrent (SD) | Road Runner HoldCo LLC |
| Doe 240 | 72.133.56.2 | 1/18/10 05:12:36 AM | ?Torrent 2.0.0.0 | Road Runner HoldCo LLC |
| Doe 241 | 174.102.70.229 | 1/18/10 03:45:31 AM | BitTorrent 6.1.2 | Road Runner HoldCo LLC |
| Doe 242 | 66.75.111.244 | 1/18/10 02:11:56 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 243 | 74.69.58.200 | 1/18/10 12:46:23 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 244 | 75.181.165.134 | 1/18/10 12:00:21 AM | ?Torrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 245 | 24.166.17.104 | 1/17/10 02:04:40 PM | Transmission 1.5.1.0 | Road Runner HoldCo LLC |
| Doe 246 | 24.92.49.223 | 1/16/10 09:24:27 PM | ?Torrent 1.8.3.0 | Road Runner HoldCo LLC |
| Doe 247 | 74.68.151.113 | 1/16/10 07:32:40 PM | libtorrent 0.21.0.0 | Road Runner HoldCo LLC |
| Doe 248 | 24.59.118.190 | 1/16/10 07:11:51 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 249 | 75.81.144.7 | 1/16/10 04:14:02 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 250 | 70.94.68.4 | 1/16/10 01:01:17 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 251 | 24.170.54.110 | 1/15/10 11:17:15 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 252 | 98.150.29.185 | 1/15/10 11:50:21 AM | ?Torrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 253 | 68.172.216.67 | 1/15/10 07:42:25 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 254 | 173.171.177.83 | 1/15/10 05:19:49 AM | ?Torrent 1.8.1.0 | Road Runner HoldCo LLC |
| Doe 255 | 75.181.158.173 | 1/15/10 04:55:43 AM | ?Torrent 1.8.2.0 | Road Runner HoldCo LLC |
| Doe 256 | 65.185.30.5 | 1/15/10 02:47:13 AM | ?Torrent 1.8.3.0 | Road Runner HoldCo LLC |
| Doe 257 | 24.58.209.101 | 1/15/10 02:20:17 AM | ?Torrent 1.8.2.0 | Road Runner HoldCo LLC |
| Doe 258 | 67.241.182.19 | 1/15/10 01:46:50 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 259 | 98.30.38.43 | 1/15/10 01:26:13 AM | Ares 2.1.1.3 | Road Runner HoldCo LLC |
| Doe 260 | 76.85.134.144 | 1/15/10 01:24:22 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 261 | 72.231.21.84 | 1/14/10 11:29:31 PM | ?Torrent 2.0.0.18 | Road Runner HoldCo LLC |
| Doe 262 | 72.187.34.45 | 1/14/10 07:08:47 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 263 | 75.185.209.57 | 1/14/10 06:49:25 PM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 264 | 24.29.248.237 | 1/14/10 06:31:43 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 265 | 72.191.208.28 | 1/14/10 01:06:20 PM | LimeWire 0.0.0.1 | Road Runner HoldCo LLC |
| Doe 266 | 76.95.134.233 | 1/14/10 10:23:01 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 267 | 76.84.131.67 | 1/14/10 09:59:06 AM | Azureus 4.2.0.8 | Road Runner HoldCo LLC |
| Doe 268 | 174.103.130.175 | 1/14/10 08:00:32 AM | ?Torrent 1.8.3.0 | Road Runner HoldCo LLC |
| Doe 269 | 76.83.126.42 | 1/14/10 06:22:40 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 270 | 98.148.214.216 | 1/14/10 05:11:49 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 271 | 24.162.214.54 | 1/14/10 04:40:05 AM | Lphant 0.3.5.1 | Road Runner HoldCo LLC |
| Doe 272 | 98.157.21.235 | 1/14/10 04:20:00 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 273 | 75.191.153.105 | 1/14/10 03:43:38 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 274 | 71.70.82.152 | 1/14/10 02:41:15 AM | LimeWire 0.0.0.1 | Road Runner HoldCo LLC |
| Doe 275 | 76.169.149.145 | 1/14/10 02:41:15 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 276 | 174.99.7.252 | 1/14/10 01:01:00 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 277 | 174.101.24.172 | 1/14/10 12:52:44 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 278 | 65.24.152.157 | 1/14/10 12:21:17 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 279 | 76.166.143.32 | 1/14/10 12:18:15 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 280 | 70.94.238.33 | 1/14/10 12:03:28 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |

| Doe 281 | 24.161.21.224 | 1/13/10 09:04:26 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
|---------|---------------|---------------------|------------------|------------------------|
| Doe 282 | 67.247.20.144 | 1/13/10 05:18:25 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 283 | 98.30.36.49 | 1/13/10 07:08:00 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 284 | 24.210.108.131 | 1/13/10 06:52:16 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 285 | 174.100.40.107 | 1/13/10 04:57:03 AM | BitComet 0.1.1.7 | Road Runner HoldCo LLC |
| Doe 286 | 97.97.51.174 | 1/13/10 04:47:07 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 287 | 65.25.32.33 | 1/13/10 02:26:58 AM | ?Torrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 288 | 76.180.155.119 | 1/13/10 02:25:50 AM | ?Torrent 2.0.0.0 | Road Runner HoldCo LLC |
| Doe 289 | 74.79.132.240 | 1/13/10 01:16:39 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 290 | 97.96.245.206 | 1/13/10 12:03:18 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 291 | 174.98.217.64 | 1/12/10 03:15:25 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 292 | 72.225.188.164 | 1/12/10 11:36:43 AM | Shareaza 2.3.1.0 | Road Runner HoldCo LLC |
| Doe 293 | 70.125.107.48 | 1/12/10 10:02:43 AM | ?Torrent 2.0.0.0 | Road Runner HoldCo LLC |
| Doe 294 | 76.91.159.149 | 1/12/10 08:04:00 AM | Azureus 4.3.0.4 | Road Runner HoldCo LLC |
| Doe 295 | 24.175.222.209 | 1/12/10 03:42:08 AM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 296 | 70.112.167.64 | 1/12/10 02:55:57 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 297 | 68.173.232.221 | 1/12/10 02:16:11 AM | Azureus 4.0.0.4 | Road Runner HoldCo LLC |
| Doe 298 | 76.179.83.7 | 1/12/10 02:12:27 AM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 299 | 74.75.90.138 | 1/12/10 01:58:14 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 300 | 76.177.247.121 | 1/12/10 01:55:58 AM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 301 | 24.175.149.123 | 1/12/10 01:09:24 AM | BitTorrent (UM) | Road Runner HoldCo LLC |
| Doe 302 | 24.193.68.128 | 1/12/10 12:05:05 AM | libtorrent 0.21.0.0 | Road Runner HoldCo LLC |
| Doe 303 | 67.8.243.159 | 1/11/10 09:05:44 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 304 | 71.74.111.25 | 1/11/10 07:26:25 PM | BitTorrent 6.2.0 | Road Runner HoldCo LLC |
| Doe 305 | 72.183.198.100 | 1/11/10 04:18:22 PM | BitTorrent (UM) | Road Runner HoldCo LLC |
| Doe 306 | 72.43.122.209 | 1/11/10 03:23:24 PM | qBittorrent 1.3.0.0 | Road Runner HoldCo LLC |
| Doe 307 | 68.207.95.90 | 1/11/10 03:23:20 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 308 | 67.248.139.110 | 1/11/10 03:10:57 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 309 | 66.27.77.137 | 1/11/10 02:35:53 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 310 | 24.74.85.246 | 1/11/10 02:29:20 PM | Azureus 4.3.0.6 | Road Runner HoldCo LLC |
| Doe 311 | 98.157.209.180 | 1/11/10 02:13:54 PM | ?Torrent 1.8.4.0 | Road Runner HoldCo LLC |
| Doe 312 | 72.187.231.6 | 1/11/10 01:54:05 PM | BitComet 0.1.1.4 | Road Runner HoldCo LLC |
| Doe 313 | 76.87.73.83 | 1/11/10 01:40:09 PM | BitTorrent 6.3.0 | Road Runner HoldCo LLC |
| Doe 314 | 65.185.142.207 | 1/11/10 01:35:33 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 315 | 24.88.96.167 | 1/11/10 01:32:43 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 316 | 76.189.95.160 | 1/11/10 01:28:07 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 317 | 71.68.31.163 | 1/11/10 01:27:15 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 318 | 76.92.145.61 | 1/11/10 01:25:31 PM | ?Torrent 1.8.5.0 | Road Runner HoldCo LLC |
| Doe 319 | 71.96.114.23 | 2/8/10 11:03:45 AM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 320 | 72.88.61.93 | 1/30/10 01:32:59 AM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |
| Doe 321 | 71.117.254.175 | 1/30/10 01:12:11 AM | æTorrent 1.8.2.0 | Verizon Internet Services Inc. |
| Doe 322 | 98.108.130.20 | 1/30/10 01:08:17 AM | Azureus 2.5.0.4 | Verizon Internet Services Inc. |
| Doe 323 | 70.110.188.174 | 1/29/10 05:31:49 PM | æTorrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 324 | 68.163.66.126 | 1/29/10 02:41:41 PM | Transmission 1.7.7.0 | Verizon Internet Services Inc. |
| Doe 325 | 98.109.42.158 | 1/28/10 04:59:13 AM | æTorrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 326 | 72.88.243.55 | 1/27/10 05:11:51 PM | æTorrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 327 | 96.239.113.56 | 1/26/10 04:47:59 AM | æTorrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 328 | 173.50.229.75 | 1/26/10 12:31:03 AM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |

| Doe 329 | 72.95.224.195 | 1/25/10 04:23:13 AM | æTorrent 1.8.5.0 | Verizon Internet Services Inc. |
|---|---|---|---|---|
| Doe 330 | 74.106.43.155 | 1/24/10 01:59:07 PM | æTorrent 1.8.4.0 | Verizon Internet Services Inc. |
| Doe 331 | 72.90.98.95 | 1/24/10 08:19:45 AM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |
| Doe 332 | 173.72.121.200 | 1/23/10 05:55:06 PM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 333 | 72.70.191.191 | 1/22/10 08:48:45 PM | libtorrent 0.21.0.0 | Verizon Internet Services Inc. |
| Doe 334 | 71.127.99.164 | 1/22/10 02:08:59 AM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 335 | 70.108.215.88 | 1/21/10 06:33:24 PM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |
| Doe 336 | 70.108.226.227 | 1/21/10 06:17:30 PM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |
| Doe 337 | 71.102.33.177 | 1/20/10 08:54:24 PM | BitTornado 0.3.24 | Verizon Internet Services Inc. |
| Doe 338 | 71.125.5.233 | 1/19/10 06:04:06 AM | æTorrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 339 | 173.65.117.237 | 1/19/10 03:43:42 AM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |
| Doe 340 | 173.78.238.155 | 1/18/10 09:34:58 PM | ?Torrent 1.8.3.0 | Verizon Internet Services Inc. |
| Doe 341 | 173.51.121.89 | 1/18/10 05:29:55 AM | ?Torrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 342 | 71.99.121.41 | 1/18/10 02:02:29 AM | ?Torrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 343 | 96.235.208.102 | 1/18/10 01:37:19 AM | ?Torrent 2.0.0.0 | Verizon Internet Services Inc. |
| Doe 344 | 71.178.20.133 | 1/17/10 01:15:24 AM | BitLord 1.01 | Verizon Internet Services Inc. |
| Doe 345 | 74.98.172.160 | 1/16/10 02:37:01 AM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 346 | 98.111.227.182 | 1/16/10 12:17:28 AM | ?Torrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 347 | 96.254.186.214 | 1/15/10 01:42:13 PM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 348 | 96.227.114.213 | 1/15/10 03:40:18 AM | libtorrent 0.21.0.0 | Verizon Internet Services Inc. |
| Doe 349 | 74.97.101.22 | 1/15/10 01:28:18 AM | Ares 2.1.2.3 | Verizon Internet Services Inc. |
| Doe 350 | 71.104.162.180 | 1/14/10 10:10:11 PM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 351 | 173.58.101.142 | 1/14/10 09:09:33 PM | ?Torrent 1.8.3.0 | Verizon Internet Services Inc. |
| Doe 352 | 96.232.209.225 | 1/14/10 05:22:01 AM | ?Torrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 353 | 71.173.58.245 | 1/13/10 10:24:28 PM | ?Torrent 1.8.5.0 | Verizon Internet Services Inc. |
| Doe 354 | 70.22.199.110 | 1/13/10 06:49:57 PM | BitTorrent 6.3.0 | Verizon Internet Services Inc. |
| Doe 355 | 71.183.187.252 | 1/12/10 07:09:16 AM | ?Torrent 1.8.4.0 | Verizon Internet Services Inc. |
| Doe 356 | 98.114.142.125 | 1/11/10 05:05:07 PM | DelugeTorrent 1.1.9.0 | Verizon Internet Services Inc. |
| Doe 357 | 74.96.163.186 | 1/11/10 01:53:55 PM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |
| Doe 358 | 71.172.197.158 | 1/11/10 01:41:47 PM | Azureus 4.3.0.6 | Verizon Internet Services Inc. |