| Host IP address | Hit Date (UTC) | Related Title | ISP |
|---|---|---|---|
| 75.30.93.206 | 1/11/10 01:27:29 PM | Call of the Wild | American Registry for Internet Numbers |
| 75.10.220.50 | 1/11/10 01:27:43 PM | Call of the Wild | American Registry for Internet Numbers |
| 24.1.201.135 | 1/11/10 01:27:59 PM | Call of the Wild | American Registry for Internet Numbers |
| 75.39.224.233 | 1/11/10 01:57:20 PM | Call of the Wild | American Registry for Internet Numbers |
| 65.10.114.214 | 1/11/10 06:15:23 PM | Call of the Wild | American Registry for Internet Numbers |
| 65.13.77.91 | 1/12/10 02:00:25 AM | Call of the Wild | American Registry for Internet Numbers |
| 99.55.144.156 | 1/13/10 04:21:33 AM | Call of the Wild | American Registry for Internet Numbers |
| 99.2.38.140 | 1/13/10 06:33:20 AM | Call of the Wild | American Registry for Internet Numbers |
| 99.27.89.168 | 1/15/10 01:31:18 AM | Call of the Wild | American Registry for Internet Numbers |
| 99.30.76.225 | 1/15/10 01:35:46 AM | Call of the Wild | American Registry for Internet Numbers |
| 74.177.204.4 | 1/11/10 01:48:05 PM | Call of the Wild | BellSouth.net Inc. |
| 74.162.95.167 | 1/11/10 01:51:53 PM | Call of the Wild | BellSouth.net Inc. |
| 72.144.46.241 | 1/11/10 01:53:58 PM | Call of the Wild | BellSouth.net Inc. |
| 68.212.171.124 | 1/11/10 02:02:35 PM | Call of the Wild | BellSouth.net Inc. |
| 98.90.5.238 | 1/11/10 02:19:38 PM | Call of the Wild | BellSouth.net Inc. |
| 74.179.96.102 | 1/11/10 02:29:34 PM | Call of the Wild | BellSouth.net Inc. |
| 98.68.140.206 | 1/11/10 02:34:42 PM | Call of the Wild | BellSouth.net Inc. |
| 70.147.82.145 | 1/12/10 04:53:44 AM | Call of the Wild | BellSouth.net Inc. |
| 74.229.118.225 | 1/12/10 08:50:11 PM | Call of the Wild | BellSouth.net Inc. |
| 74.182.37.155 | 1/13/10 06:22:00 AM | Call of the Wild | BellSouth.net Inc. |
| 24.197.133.9 | 1/11/10 01:30:01 PM | Call of the Wild | Charter Communications |
| 68.185.245.169 | 1/11/10 01:30:01 PM | Call of the Wild | Charter Communications |
| 97.94.241.238 | 1/12/10 12:49:41 PM | Call of the Wild | Charter Communications |
| 66.190.170.242 | 1/12/10 05:57:55 PM | Call of the Wild | Charter Communications |
| 97.92.88.223 | 1/13/10 01:37:49 AM | Call of the Wild | Charter Communications |
| 68.112.28.171 | 1/13/10 05:48:16 AM | Call of the Wild | Charter Communications |
| 71.80.206.162 | 1/14/10 07:35:37 AM | Call of the Wild | Charter Communications |
| 97.82.210.246 | 1/14/10 06:26:54 PM | Call of the Wild | Charter Communications |
| 68.187.179.88 | 1/18/10 01:13:40 AM | Call of the Wild | Charter Communications |
| 96.40.107.30 | 1/18/10 04:54:49 AM | Call of the Wild | Charter Communications |
| 24.2.27.173 | 1/11/10 01:23:03 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 68.42.180.181 | 1/11/10 01:24:55 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 76.123.63.155 | 1/11/10 01:25:43 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 68.54.217.66 | 1/11/10 01:25:53 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 98.233.71.152 | 1/11/10 01:29:15 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 67.160.71.223 | 1/11/10 01:31:45 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 67.183.243.240 | 1/11/10 01:32:52 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 69.141.225.101 | 1/11/10 01:35:23 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 98.242.198.158 | 1/11/10 01:38:19 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 98.211.85.128 | 1/11/10 01:41:51 PM | Call of the Wild | Comcast Cable Communications, Inc. |
| 72.209.1.167 | 1/12/10 12:55:04 AM | Call of the Wild | Cox Communications |
| 98.169.176.173 | 1/13/10 12:10:26 AM | Call of the Wild | Cox Communications |
| 68.230.15.71 | 1/13/10 07:13:22 AM | Call of the Wild | Cox Communications |
| 68.104.0.58 | 1/14/10 03:54:59 AM | Call of the Wild | Cox Communications Inc. |
| 68.9.179.205 | 1/14/10 01:22:47 PM | Call of the Wild | Cox Communications Inc. |
| 68.228.153.60 | 1/14/10 04:22:18 PM | Call of the Wild | Cox Communications |
| 68.105.250.11 | 1/14/10 06:10:30 PM | Call of the Wild | Cox Communications |
| 72.195.185.242 | 1/15/10 12:37:57 AM | Call of the Wild | Cox Communications |
| 68.2.88.35 | 1/15/10 03:03:32 AM | Call of the Wild | Cox Communications Inc. |
| 24.253.112.86 | 1/15/10 09:24:15 PM | Call of the Wild | Cox Communications |
| 97.125.203.101 | 1/11/10 01:34:13 PM | Call of the Wild | Qwest Communications Company, LLC |
| 75.175.176.10 | 1/13/10 12:36:13 AM | Call of the Wild | Qwest Communications Company, LLC |
| 97.112.227.3 | 1/13/10 01:01:04 AM | Call of the Wild | Qwest Communications Company, LLC |
| 174.23.72.72 | 1/13/10 01:45:41 AM | Call of the Wild | Qwest Communications Company, LLC |
| 97.127.75.51 | 1/14/10 02:20:17 PM | Call of the Wild | Qwest Communications Company, LLC |
| 174.22.246.224 | 1/15/10 02:03:46 AM | Call of the Wild | Qwest Communications Company, LLC |
| 71.221.249.202 | 1/16/10 01:39:59 AM | Call of the Wild | Qwest Communications Company, LLC |
| 97.122.115.89 | 1/16/10 04:07:16 AM | Call of the Wild | Qwest Communications Company, LLC |
| 97.117.151.8 | 1/16/10 05:09:35 AM | Call of the Wild | Qwest Communications Company, LLC |
| 174.21.124.124 | 1/18/10 12:08:57 AM | Call of the Wild | Qwest Communications Company, LLC |
| 76.92.145.61 | 1/11/10 01:25:31 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.207.95.90 | 1/11/10 01:26:21 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.97.51.174 | 1/11/10 01:26:39 PM | Call of the Wild | Road Runner HoldCo LLC |
| 71.68.31.163 | 1/11/10 01:27:15 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.189.95.160 | 1/11/10 01:28:07 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.172.216.67 | 1/11/10 01:30:55 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.88.96.167 | 1/11/10 01:32:43 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.130.205.36 | 1/11/10 01:33:07 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.185.142.207 | 1/11/10 01:35:33 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.87.73.83 | 1/11/10 01:40:09 PM | Call of the Wild | Road Runner HoldCo LLC |
| 71.172.197.158 | 1/11/10 01:41:47 PM | Call of the Wild | Verizon Internet Services Inc. |
| 74.96.163.186 | 1/11/10 01:53:55 PM | Call of the Wild | Verizon Internet Services Inc. |
| 98.114.142.125 | 1/11/10 05:05:07 PM | Call of the Wild | Verizon Internet Services Inc. |

| | | | | |
|---|---|---|---|---|
| 71.183.187.252 | 1/12/10 07:09:16 AM | Call of the Wild | Verizon Internet Services Inc. | |
| 70.22.199.110 | 1/13/10 06:49:57 PM | Call of the Wild | Verizon Internet Services Inc. | |
| 71.173.58.245 | 1/13/10 10:24:28 PM | Call of the Wild | Verizon Internet Services Inc. | |
| 96.232.209.225 | 1/14/10 05:22:01 AM | Call of the Wild | Verizon Internet Services Inc. | |
| 173.58.101.142 | 1/14/10 09:09:33 PM | Call of the Wild | Verizon Internet Services Inc. | |
| 71.104.162.180 | 1/14/10 10:10:11 PM | Call of the Wild | Verizon Internet Services Inc. | |
| 74.97.101.22 | 1/15/10 01:28:18 AM | Call of the Wild | Verizon Internet Services Inc. | |