# EXHIBIT 1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

CALL OF THE WILD MOVIE, LLC
*Plaintiff*
v.
Does 1-358
*Defendant*

Civil Action No. 1:10-cv-00455-RMU

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Time Warner Cable (Road Runner), Attn: Subpoena Compliance Team, 13820 Sunrise Valley Drive, Herndon, VA 20171, SubpoenaInquiry@twcable.com, Fax: (704) 697-4911

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet (paper and CD formats). Let us know the preferred format to provide data - we will provide data in the most efficient and cost effective format.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>199 Liberty Street S.W., Leesburg, VA 20175 | Date and Time:<br>06/04/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 04/30/2010

*CLERK OF COURT*

_________________________
*Signature of Clerk or Deputy Clerk*

OR

[signature]
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff CALL OF THE WILD MOVIE, LLC, who issues or requests this subpoena, are:

Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 199 Liberty Street S.W., Leesburg, VA 20175,
Tel: 703-777-7319, Fax: 703-777-3656, email: subpoena@dgwlegal.com

| Host IP address | Hit Date (UTC) | Related Title | ISP |
|---|---|---|---|
| 76.92.145.61 | 1/11/10 01:25:31 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.207.95.90 | 1/11/10 01:26:21 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.97.51.174 | 1/11/10 01:26:39 PM | Call of the Wild | Road Runner HoldCo LLC |
| 71.68.31.163 | 1/11/10 01:27:15 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.189.95.160 | 1/11/10 01:28:07 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.172.216.67 | 1/11/10 01:30:55 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.88.96.167 | 1/11/10 01:32:43 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.130.205.36 | 1/11/10 01:33:07 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.185.142.207 | 1/11/10 01:35:33 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.87.73.83 | 1/11/10 01:40:09 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.204.150.89 | 1/11/10 01:52:29 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.187.231.6 | 1/11/10 01:54:05 PM | Call of the Wild | Road Runner HoldCo LLC |
| 98.157.209.180 | 1/11/10 02:13:54 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.74.85.246 | 1/11/10 02:29:20 PM | Call of the Wild | Road Runner HoldCo LLC |
| 66.27.77.137 | 1/11/10 02:35:53 PM | Call of the Wild | Road Runner HoldCo LLC |
| 67.248.139.110 | 1/11/10 03:10:57 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.43.122.209 | 1/11/10 03:23:24 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.183.198.100 | 1/11/10 04:18:22 PM | Call of the Wild | Road Runner HoldCo LLC |
| 71.74.111.25 | 1/11/10 07:26:25 PM | Call of the Wild | Road Runner HoldCo LLC |
| 67.8.243.159 | 1/11/10 09:05:44 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.193.68.128 | 1/12/10 12:05:05 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.175.149.123 | 1/12/10 01:09:24 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.177.247.121 | 1/12/10 01:55:58 AM | Call of the Wild | Road Runner HoldCo LLC |
| 74.75.90.138 | 1/12/10 01:58:14 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.179.83.7 | 1/12/10 02:12:27 AM | Call of the Wild | Road Runner HoldCo LLC |
| 68.173.232.221 | 1/12/10 02:15:12 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.112.167.64 | 1/12/10 02:55:57 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.175.222.209 | 1/12/10 03:42:08 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.91.159.149 | 1/12/10 08:04:00 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.125.107.48 | 1/12/10 10:02:43 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.225.188.164 | 1/12/10 11:36:43 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.98.217.64 | 1/12/10 03:15:25 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.96.245.206 | 1/13/10 12:03:18 AM | Call of the Wild | Road Runner HoldCo LLC |
| 74.79.132.240 | 1/13/10 01:16:39 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.180.155.119 | 1/13/10 02:25:50 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.25.32.33 | 1/13/10 02:26:58 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.100.40.107 | 1/13/10 04:57:03 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.210.108.131 | 1/13/10 06:52:16 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.30.36.49 | 1/13/10 07:08:00 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.247.20.144 | 1/13/10 05:18:25 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.161.21.224 | 1/13/10 09:04:28 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.94.238.33 | 1/14/10 12:03:28 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.166.143.32 | 1/14/10 12:18:15 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.24.152.157 | 1/14/10 12:21:17 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.101.24.172 | 1/14/10 12:52:44 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.99.7.252 | 1/14/10 01:01:00 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.70.82.152 | 1/14/10 02:41:15 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.169.149.145 | 1/14/10 02:41:15 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.191.153.105 | 1/14/10 03:43:38 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.157.21.235 | 1/14/10 04:20:00 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.162.214.54 | 1/14/10 04:40:05 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.148.214.216 | 1/14/10 05:11:49 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.83.126.42 | 1/14/10 06:22:40 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.103.130.175 | 1/14/10 08:00:32 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.84.131.67 | 1/14/10 09:59:06 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.95.134.233 | 1/14/10 10:23:01 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.191.208.28 | 1/14/10 01:06:20 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.29.248.237 | 1/14/10 06:31:43 PM | Call of the Wild | Road Runner HoldCo LLC |
| 75.185.209.57 | 1/14/10 06:49:25 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.187.34.45 | 1/14/10 07:08:47 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.231.21.84 | 1/14/10 11:29:31 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.178.160.132 | 1/15/10 12:52:26 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.85.134.144 | 1/15/10 01:24:22 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.30.38.43 | 1/15/10 01:26:13 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.241.182.19 | 1/15/10 01:46:50 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.58.209.101 | 1/15/10 02:20:17 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.185.30.5 | 1/15/10 02:47:13 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.181.158.173 | 1/15/10 04:55:43 AM | Call of the Wild | Road Runner HoldCo LLC |
| 173.171.177.83 | 1/15/10 05:19:49 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.150.29.185 | 1/15/10 11:50:21 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.170.54.110 | 1/15/10 11:17:15 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.94.68.4 | 1/16/10 01:01:17 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.81.144.7 | 1/16/10 04:14:02 AM | Call of the Wild | Road Runner HoldCo LLC |

| 24.59.118.190 | 1/16/10 07:11:51 PM | Call of the Wild | Road Runner HoldCo LLC |
|---|---|---|---|
| 74.68.151.113 | 1/16/10 07:32:40 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.92.49.223 | 1/16/10 09:24:27 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.166.17.104 | 1/17/10 02:04:40 PM | Call of the Wild | Road Runner HoldCo LLC |
| 75.181.165.134 | 1/18/10 12:00:21 AM | Call of the Wild | Road Runner HoldCo LLC |
| 74.69.58.200 | 1/18/10 12:46:23 AM | Call of the Wild | Road Runner HoldCo LLC |
| 66.75.111.244 | 1/18/10 02:11:56 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.102.70.229 | 1/18/10 03:45:31 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.133.56.2 | 1/18/10 05:12:36 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.228.81.135 | 1/18/10 04:43:30 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.119.82.182 | 1/18/10 09:57:11 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.185.172.37 | 1/19/10 12:31:49 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.86.244.194 | 1/19/10 01:10:47 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.225.213.26 | 1/19/10 01:22:33 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.183.186.193 | 1/19/10 01:23:06 PM | Call of the Wild | Road Runner HoldCo LLC |
| 67.242.198.214 | 1/19/10 03:01:14 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.94.48.190 | 1/20/10 02:30:54 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.123.129.133 | 1/20/10 03:10:41 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.189.234.50 | 1/20/10 10:57:20 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.181.15.105 | 1/21/10 12:38:03 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.173.191.130 | 1/21/10 02:51:04 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.188.22.137 | 1/21/10 03:29:08 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.209.20.150 | 1/21/10 01:33:30 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.229.135.157 | 1/21/10 09:11:43 PM | Call of the Wild | Road Runner HoldCo LLC |
| 74.74.139.228 | 1/22/10 12:43:56 AM | Call of the Wild | Road Runner HoldCo LLC |
| 173.168.186.43 | 1/22/10 02:26:11 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.193.47.247 | 1/22/10 10:35:24 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.94.29.115 | 1/22/10 01:02:47 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.175.15.150 | 1/22/10 04:55:02 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.169.47.90 | 1/22/10 06:58:45 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.104.159.88 | 1/23/10 12:31:39 AM | Call of the Wild | Road Runner HoldCo LLC |
| 74.75.92.65 | 1/23/10 03:09:26 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.30.84.77 | 1/23/10 01:34:33 PM | Call of the Wild | Road Runner HoldCo LLC |
| 98.156.3.55 | 1/23/10 03:20:28 PM | Call of the Wild | Road Runner HoldCo LLC |
| 204.210.141.120 | 1/23/10 04:47:24 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.74.112.116 | 1/23/10 10:22:25 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.174.13.245 | 1/24/10 12:04:20 AM | Call of the Wild | Road Runner HoldCo LLC |
| 68.175.21.136 | 1/25/10 02:09:21 AM | Call of the Wild | Road Runner HoldCo LLC |
| 66.56.128.119 | 1/25/10 12:19:18 PM | Call of the Wild | Road Runner HoldCo LLC |
| 74.73.44.184 | 1/26/10 12:50:30 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.189.152.100 | 1/26/10 08:12:04 AM | Call of the Wild | Road Runner HoldCo LLC |
| 66.108.16.18 | 1/26/10 08:11:28 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.243.165.203 | 1/27/10 01:39:05 AM | Call of the Wild | Road Runner HoldCo LLC |
| 66.61.99.201 | 1/27/10 03:20:48 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.243.13.136 | 1/27/10 07:46:29 AM | Call of the Wild | Road Runner HoldCo LLC |
| 174.101.55.102 | 1/27/10 09:58:31 AM | Call of the Wild | Road Runner HoldCo LLC |
| 66.91.195.119 | 1/28/10 03:34:48 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.250.15.129 | 1/28/10 04:33:08 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.24.82.140 | 1/28/10 03:37:48 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.29.93.84 | 1/30/10 02:31:08 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.101.67.152 | 1/30/10 01:05:39 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.87.74.248 | 2/8/10 11:01:09 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.242.90.155 | 2/8/10 11:01:42 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.33.24.40 | 2/8/10 11:02:39 AM | Call of the Wild | Road Runner HoldCo LLC |
| 68.174.228.105 | 2/8/10 11:04:05 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.25.17.59 | 2/10/10 12:42:38 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.72.198.79 | 2/19/10 11:41:59 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.181.23.131 | 2/19/10 12:13:38 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.101.66.201 | 2/19/10 01:12:27 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.200.219.132 | 2/20/10 02:23:59 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.95.191.202 | 2/20/10 05:41:54 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.33.24.199 | 2/20/10 12:47:17 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.191.125.154 | 2/21/10 01:17:08 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.74.112.152 | 2/21/10 03:30:13 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.161.96.121 | 2/21/10 02:06:49 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.101.181.6 | 2/21/10 03:01:52 PM | Call of the Wild | Road Runner HoldCo LLC |
| 67.242.211.227 | 2/22/10 08:44:03 AM | Call of the Wild | Road Runner HoldCo LLC |
| 66.66.4.186 | 2/22/10 07:25:09 PM | Call of the Wild | Road Runner HoldCo LLC |
| 97.102.149.159 | 2/23/10 12:45:24 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.183.185.195 | 2/23/10 02:08:20 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.96.177.173 | 2/23/10 03:34:37 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.65.14.28 | 2/23/10 02:48:35 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.231.172.207 | 2/23/10 09:06:00 PM | Call of the Wild | Road Runner HoldCo LLC |
| 173.88.193.70 | 2/23/10 11:54:00 PM | Call of the Wild | Road Runner HoldCo LLC |

| | | | |
|---|---|---|---|
| 173.95.170.89 | 2/24/10 12:13:51 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.27.196.123 | 2/24/10 03:24:58 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.41.208.91 | 2/24/10 01:28:54 PM | Call of the Wild | Road Runner HoldCo LLC |
| 98.157.144.186 | 2/25/10 01:41:36 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.185.112.156 | 2/25/10 04:40:26 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.127.146.109 | 2/25/10 09:28:13 PM | Call of the Wild | Road Runner HoldCo LLC |
| 75.185.26.24 | 2/26/10 12:01:44 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.191.179.89 | 2/26/10 02:02:13 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.33.27.216 | 2/26/10 12:52:47 PM | Call of the Wild | Road Runner HoldCo LLC |
| 66.108.34.21 | 2/26/10 04:36:35 PM | Call of the Wild | Road Runner HoldCo LLC |
| 174.103.133.110 | 2/27/10 01:01:37 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.183.22.125 | 2/27/10 06:32:38 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.185.112.106 | 2/27/10 12:47:34 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.181.156.140 | 2/27/10 04:12:44 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.179.159.52 | 2/27/10 09:17:32 PM | Call of the Wild | Road Runner HoldCo LLC |
| 68.206.162.242 | 2/28/10 03:11:12 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.101.67.107 | 2/28/10 01:51:53 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.168.186.183 | 3/1/10 01:55:23 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.31.1.7 | 3/1/10 04:54:48 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.102.65.26 | 3/1/10 05:36:10 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.157.75.237 | 3/1/10 04:56:17 PM | Call of the Wild | Road Runner HoldCo LLC |
| 67.249.28.130 | 3/2/10 04:42:09 PM | Call of the Wild | Road Runner HoldCo LLC |
| 69.207.23.71 | 3/4/10 03:41:11 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.157.83.220 | 3/4/10 04:13:53 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.70.167.79 | 3/4/10 10:48:31 PM | Call of the Wild | Road Runner HoldCo LLC |
| 173.89.157.19 | 3/5/10 03:10:08 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.185.209.171 | 3/5/10 07:02:05 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.185.136.234 | 3/5/10 11:32:31 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.126.252.61 | 3/6/10 02:06:33 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.67.156.65 | 3/6/10 05:22:59 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.183.184.24 | 3/7/10 01:14:10 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.240.36.105 | 3/7/10 01:56:14 AM | Call of the Wild | Road Runner HoldCo LLC |
| 74.69.201.138 | 3/7/10 04:44:59 PM | Call of the Wild | Road Runner HoldCo LLC |
| 71.76.234.3 | 3/8/10 01:26:13 AM | Call of the Wild | Road Runner HoldCo LLC |
| 68.206.115.169 | 3/8/10 07:58:29 PM | Call of the Wild | Road Runner HoldCo LLC |
| 75.187.193.140 | 3/9/10 03:50:05 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.186.78.51 | 3/9/10 09:09:20 PM | Call of the Wild | Road Runner HoldCo LLC |
| 173.169.155.101 | 3/10/10 03:55:00 PM | Call of the Wild | Road Runner HoldCo LLC |
| 75.184.117.113 | 3/10/10 05:27:22 PM | Call of the Wild | Road Runner HoldCo LLC |
| 72.185.174.24 | 3/10/10 05:31:48 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.83.245.145 | 3/10/10 08:25:18 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.117.17.123 | 3/10/10 08:51:04 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.33.189.243 | 3/11/10 04:47:50 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.190.196.17 | 3/11/10 11:50:23 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.184.29.120 | 3/12/10 05:16:07 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.246.203.80 | 3/12/10 02:05:36 PM | Call of the Wild | Road Runner HoldCo LLC |
| 64.183.169.6 | 3/12/10 05:09:02 PM | Call of the Wild | Road Runner HoldCo LLC |
| 174.101.24.176 | 3/13/10 12:00:02 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.103.88.240 | 3/13/10 12:27:04 AM | Call of the Wild | Road Runner HoldCo LLC |
| 72.178.29.242 | 3/13/10 04:41:46 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.126.117.238 | 3/13/10 09:43:32 PM | Call of the Wild | Road Runner HoldCo LLC |
| 66.66.158.155 | 3/13/10 10:36:28 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.27.106.253 | 3/14/10 05:56:26 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.167.241.42 | 3/14/10 06:41:05 PM | Call of the Wild | Road Runner HoldCo LLC |
| 67.8.82.212 | 3/14/10 06:51:29 PM | Call of the Wild | Road Runner HoldCo LLC |
| 70.118.102.132 | 3/15/10 04:19:28 AM | Call of the Wild | Road Runner HoldCo LLC |
| 65.189.251.69 | 3/15/10 09:33:55 AM | Call of the Wild | Road Runner HoldCo LLC |
| 98.154.233.100 | 3/15/10 03:34:06 PM | Call of the Wild | Road Runner HoldCo LLC |
| 98.150.50.108 | 3/17/10 12:27:23 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.248.183.142 | 3/17/10 01:03:27 AM | Call of the Wild | Road Runner HoldCo LLC |
| 24.74.112.82 | 3/17/10 08:32:12 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.102.217.186 | 3/18/10 02:20:54 AM | Call of the Wild | Road Runner HoldCo LLC |
| 97.101.66.35 | 3/18/10 02:26:07 AM | Call of the Wild | Road Runner HoldCo LLC |
| 76.190.153.105 | 3/18/10 04:23:33 PM | Call of the Wild | Road Runner HoldCo LLC |
| 76.91.239.33 | 3/19/10 06:45:32 AM | Call of the Wild | Road Runner HoldCo LLC |
| 173.88.174.76 | 3/19/10 07:05:14 PM | Call of the Wild | Road Runner HoldCo LLC |
| 71.76.235.241 | 3/19/10 09:07:30 PM | Call of the Wild | Road Runner HoldCo LLC |
| 65.190.44.26 | 3/20/10 12:40:13 AM | Call of the Wild | Road Runner HoldCo LLC |
| 67.49.63.49 | 3/20/10 06:00:36 AM | Call of the Wild | Road Runner HoldCo LLC |
| 70.62.68.55 | 3/20/10 12:30:22 PM | Call of the Wild | Road Runner HoldCo LLC |
| 66.56.130.11 | 3/20/10 02:33:49 PM | Call of the Wild | Road Runner HoldCo LLC |
| 98.149.220.118 | 3/20/10 06:09:44 PM | Call of the Wild | Road Runner HoldCo LLC |
| 24.161.138.49 | 3/20/10 10:06:12 PM | Call of the Wild | Road Runner HoldCo LLC |
| 98.155.145.64 | 3/21/10 02:04:23 AM | Call of the Wild | Road Runner HoldCo LLC |

| | | | |
|---|---|---|---|
| 76.188.31.169 | 3/21/10 03:45:52 AM | Call of the Wild | Road Runner HoldCo LLC |
| 71.79.133.175 | 3/21/10 09:52:52 AM | Call of the Wild | Road Runner HoldCo LLC |
| 75.185.186.133 | 3/21/10 04:00:32 PM | Call of the Wild | Road Runner HoldCo LLC |