UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>DOES 1 - 1,062　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　　　)<br>_____) | CA. 1:10-cv-00455-RMU<br><br>Next Deadline: N/A |

## DECLARATION OF THOMAS M. DUNLAP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO QUASH OR MODIFY SUBPOENA FILED BY THIRD PARTY TIME WARNER CABLE INC.

1. I, Thomas M. Dunlap, am the Managing Member of Dunlap, Grubb & Weaver, PLLC, counsel for Plaintiff in this matter. This declaration is based on my personal knowledge.

2. Attached as Exhibit 1 hereto is a true and correct copy of the email chain between representatives of Time Warner Cable and me dated February 18-26, 2010. On February 19, 2010, I sent Time Warner Cable's representative the subpoenas in the G2 Productions and Worldwide Film Entertainment cases. On or about February 24, 2010, I spoke with Time Warner Cable's counsel, who informed me that Time Warner Cable had already gotten responsive information related to the 200 IP address requests previously sent to Time Warner Cable's subpoena response team.

3. Attached as Exhibit 2 hereto is a true and correct copy of the March 19, 2010 email between Craig Goldberg and me, including the cost study attachment sent to me by Mr. Goldberg.

4. Attached as Exhibit 3 hereto is a true and correct copy of the email between Craig Goldberg and me, dated March 19, 2010, with Mr. Goldberg's final response at 3:48 p.m.

5. Attached as Exhibit 4 hereto is a true and correct copy of the email between Craig Goldberg and Nicholas A. Kurtz, an associate at my firm, dated April 14, 2010, on which I was copied.

6. Attached as Exhibit 5 hereto is a true and correct copy of the email between Alexander Maltas and me, dated May 11, 2010. This was the first communication the either I or anyone at my firm received from counsel for Time Warner Cable after the April 14, 2010 email from Mr. Kurtz to Mr. Goldberg. This was after the subpoena in this case, and the subpoenas in the similar cases, were sent to Mr. Goldberg via email. The subpoena in this case was emailed to Mr. Goldberg on April 30, 2010.

7. Attached as Exhibit 6 hereto is a true and correct copy of the invoice my firm received from Verizon for its production in response to the subpoena Plaintiff served on it in the Achte/Neunte boll Kino Beteiligungs GMBH & CO KG v. Does 1-2,094 case requesting searches for 343 Internet Protocol (IP) addresses. The subpoena to Verizon was served on April 9, 2010, and Verizon produced the responses on May 14, 2010.

8. Attached as Exhibit 7 hereto is a true and correct copy of the press release issued by Time Warner Cable Inc. on or about April 29, 2010, which was accessed through www.timewarnercable.com on the date of this declaration.

9. In attempting to resolve the parties' conflict without court intervention, other attorneys at my firm and I have been attempting to negotiate a resolution with Time Warner

Cable's, in which we stated that we would consent to extending the subpoena production dates so that the parties could reach an agreement. Within those discussions, Time Warner Cable proposed that it could produce responses for 45 IP addresses per month. However, we have been unable to agree to a final resolution, as among other things Time Warner Cable's counsel demanded that Plaintiff pay for the attorneys' fees Time Warner Cable incurred in filing its motions to quash.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: May 24, 2010

_____
Thomas M. Dunlap

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2010, a true and correct copy of the foregoing DECLARATION OF THOMAS M. DUNLAP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO QUASH OR MODIFY SUBPOENA FILED BY THIRD PARTY TIME WARNER CABLE INC. was sent via first-class mail to the following:

                Alexander Maltas
                Latham & Watkins LLP
                555 11th St., NW
                Suite 1000
                Washington, DC 20004
                *Counsel for Time Warner Cable Inc.*

                              /s/ Nick Kurtz
                              Nicholas A. Kurtz