UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CALL OF THE WILD MOVIE, LLC

    *Plaintiff*,

v.

DOES 1 – 1,062

    *Defendants.*

No. 1:10-cv-00455-RMU

**STIPULATION BETWEEN PLAINTIFF AND THIRD-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC GOVERNING RESPONSES TO RULE 45 SUBPOENA AND THE COURT'S APRIL 15, 2010 ORDER**

WHEREAS, Plaintiff Call of the Wild Movie, LLC ("Plaintiff") served Comcast Cable Communications Management, LLC ("Comcast") with a Rule 45 subpoena duces tecum ("Subpoena") on July 30, 2010 seeking identifying information on 218 Comcast Internet service subscribers (who are a subset of the 1,062 Doe Defendants in this action) and who plaintiff alleges infringed Plaintiff's copyright by downloading the movie "Call of the Wild;" and

WHEREAS, the parties have reached an agreement, dated May 21, 2010 ("Agreement") specifying a timeframe for responding to the Subpoena, including: (i) the process for resolving which subscribers were assigned the IP addresses listed in the subpoena on the specific date and time listed, with a specific number to be resolved each business day and each month until all IP addresses listed in the Subpoena or any additional subpoenas duces tecum have been linked to subscribers; (ii) allowing Comcast seven (7) calendar days from resolving any IP address for sending notice to the subscriber so resolved; (iii) allowing such subscribers thirty (30) calendar days from such notice to have the opportunity to contest or otherwise challenge the disclosure of their identities; (iv) for reimbursement of certain costs to be incurred by Comcast in responding

to the Subpoena and any further subpoena duces tecum that may be submitted in this matter, and (v) that any breach of the Agreement by either party may be brought to the attention of the Court for appropriate relief in the form of quashing any subpoena or further modifying the April 15, 2010 Order; and

WHEREAS, as a result, Plaintiff and Comcast have agreed that the deadlines and limitations on Comcast that are part of the April 15, 2010 Order are hereby modified by their Agreement so as to allow for responses, notices and reimbursement to extend until all IP addresses have been resolved, but in no event later than June 1, 2011; and

THEREFORE, in light of the foregoing, the parties have stipulated to an extension and modification of the Court's April 15, 2010 Order and now respectfully request that the Court extend the filing deadline until June 1, 2011, for any subscriber notified to file a motion to quash or other objection within 30 days of receiving notice that he or she has been identified and absent such a motion or challenge, such identity will be provided promptly to Plaintiff at Plaintiff's expense as provide for in the Agreement.

Dated: July 30, 2010                               Respectfully submitted,

| DUNLAP, GRUBB & WEAVER PLLC | Davis Wright Tremaine LLP |
|---|---|
| By /s/ | By /s/ |
| Thomas M. Dunlap (D.C. Bar No. 471319) | John D. Seiver (D.C. Bar No. 296418) |
| Nicholas A. Kurtz (D.C. Bar No. 980091) | Davis Wright Tremaine LLP |
| 1200 G Street, NW Suite 800 | 1919 Pennsylvania Ave., NW, Suite 800 |
| Washington, DC 20005 | Washington, DC 20006 |
| Telephone: 202.316.8558 | Telephone: 202.973.4212 |
| Facsimile: 202.318.0242 | Fax: 202.973.4412 |
| Email: tdunlap@dglegal.com | Email: johnseiver@dwt.com |
|        nkurtz@dglegal.com | |
| | *Attorneys for Non-Party Comcast Cable Communications Management, LLC* |
| *Attorneys for Plaintiff Call of the Wild Movie, LLC* | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-cv-00455-RMU |
| ) | |
| DOES 1 – 1,062 ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Stipulation between Non-Party Comcast Cable Communications Management, LLC ("Comcast") and Plaintiff recounting an agreement to modify the Court's April 15, 2010 Order and extend the deadline for responding to the Rule 45 Subpoena duces tecum served on Comcast and for any affected subscriber to appear and contest the disclosure of his or her identity to Plaintiff. Upon review of the Stipulation and the entire record it is ORDERED that the Stipulation is adopted and the relief agreed to therein GRANTED and the deadline for Non-Party Comcast to respond to the Rule 45 subpoena served on July 29, 2010 and for any affected subscriber to file a motion to quash is hereby extended to June 1, 2011, as provided for in the Agreement between Plaintiff and Non-Party Comcast.

Date:_____     _____
                                Hon. Ricardo M. Urbina
                                United States District Judge

DC\1296556.3