UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CA. 1:10-cv-00455-BAH |
| | ) |
| DOES 1 – 1,062 | ) |
| | ) |
|     Defendants. | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS

### PURSUANT TO COURT'S ORDER TO SHOW CAUSE [DOC. NO. 46]

Plaintiff files this notice in response to the Court's Order of April 4, 2011. [Doc. No. 46] Pursuant to the Court's Order:

> the submission in response to the above-referenced Order to Show Cause, if opposing dismissal of the Amended Complaint, shall include a proposed order dismissing by name and address, if available, and by IP address, each putative defendant listed in Exhibit A to plaintiff's Amended Complaint, ECF No. 6, whom the plaintiff does not intend to sue for copyright infringement in this jurisdiction, together with a statement whether any such dismissed putative defendant has filed a motion or other document as an Interested Party in this action, with the associated ECF docket number that relates to such motion or other document….

[Doc. No. 46 at p. 4]

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the Doe Defendants listed in Exhibit 1 to the proposed order filed concurrently herewith pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1] No dismissed Doe Defendant has filed either an answer or a motion for summary judgment. To the best of Plaintiff's knowledge, the only

---

[1] Because Plaintiff has not yet named or served a Defendant in this case, Plaintiff has not served this statement on any Doe Defendant and, accordingly, does not attach a certificate of service.

2

dismissed Doe Defendant that has filed a motion or other document as an Interested Party in this case is IP address 71.204.228.55 – Doc. No. 29.

Respectfully Submitted,

DATED:  April 15, 2011

CALL OF THE WILD MOVIE, LLC

By:   /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*