**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC, | |
| Plaintiff, | Civil Action No. 10-0455(BAH) |
| v. | Judge Beryl A. Howell |
| JASON SMITH, JOSEPH SONKA, and DOES 1-331, | |
| Defendants. | |

## ORDER

Upon consideration of motions to dismiss, quash, and for protective orders filed by Mickey J. Viles, ECF No. 26 (motions to dismiss, quash, and for protective order); Brandon Lown, ECF No. 31 (motion to quash); Donna Lynk, ECF Nos. 33, 42 (motions to dismiss, quash, and for protective order); Jerrydon Vidal, ECF No. 51 (motions to dismiss and quash); and Kumar Abhinay Rathore, ECF No. 55 (motions to dismiss, quash, and for protective order), the memoranda filed in support of and opposition to these motions, and the accompanying declarations and applicable law, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, motions to dismiss, quash, and for protective orders filed by Mickey J. Viles, ECF No. 26; Brandon Lown, ECF No. 31; Donna Lynk, ECF Nos. 33, 42; Jerrydon Vidal, ECF No. 51; and Kumar Abhinay Rathore, ECF No. 55 are DENIED; and it is further

**ORDERED** that the Clerk shall unseal ECF docket entries 26, 33, 42, and 55.

**SO ORDERED.**

**DATE: MAY 12, 2011**

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge