Civil Judgment (Rev. 7/95)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CALL OF THE WILD MOVIE, LLC

    Plaintiff

v.                           Civil Action No. 10-455 (BAH)

JASON SMITH
    Defendant

**FILED**
SEP 0 9 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JUDGMENT
### FOR THE PLAINTIFF

Pursuant to the Court's ruling in open court at the Status Hearing held on September 9, 2011, the Clerk is directed to enter judgment in favor of the plaintiff and against defendant JASON SMITH.

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered by default in favor of the plaintiff **CALL OF THE WILD MOVIE, LLC** and against the defendant **JASON SMITH** in the amount of $750.00 for costs and damages and $2,680.00 for costs and attorney fees, totalling $3,430.00.

ANGELA CEASAR, Clerk

Dated: September 9, 2011

By: _____
Tim Bradley, Deputy Clerk