## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALL OF THE WILD MOVIE, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON SMITH, *et al.*,<br><br>      Defendants. | Civil Action No. 10-455 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiff Call of the Wild Movie, LLC's Motion for Entry of Default Judgment against Jason Smith pursuant to FED. R. CIV. P. 55(b), ECF No. 63, the Affidavit of Proper Service of Process upon defendant Smith on June 10, 2011, ECF No. 58, the Clerk's Entry of Default on said defendant, ECF No. 62, the defendant's failure to plead or otherwise defend the allegations against him, and the defendant's failure to appear before the Court on September 9, 2011 as directed by the Court's August 8, 2011 Minute Order, it is hereby

**ORDERED** that plaintiff's Motion for Entry of Default Judgment is GRANTED IN PART and DENIED IN PART.  Plaintiff's request for entry of judgment is GRANTED, but plaintiff's request for statutory damages pursuant to 17 U.S.C. § 504(c) in the amount of $30,000 is DENIED.  Judgment is hereby entered against defendant Smith, pursuant to 17 U.S.C. § 504(c), in the amount of $750 and costs and attorney's fees, pursuant to 17 U.S.C. § 505, in the amount of $2,680.

      **SO ORDERED**

**DATED: SEPTEMBER 9, 2011**

                                          /s/ *Beryl A. Howell*
                                          BERYL A. HOWELL
                                          United States District Judge