**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC )<br>                                )<br>    Plaintiff,                   )<br>                                )<br>v.                                  )   CA. 1:10-cv-00455-BAH<br>                                )<br>JASON SMITH, JOSEPH SONKA, AND )<br>DOES 1 – 331                  )<br>                                )<br>    Defendants.              )<br>_____) | |

**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DOE DEFENDANT**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the remaining Doe Defendant with IP address 76.30.155.177 (4/3/10 07:30:21 PM [UTC]).  Plaintiff's voluntary dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as no Defendant has filed either an answer or a motion for summary judgment.  To the best of Plaintiff's knowledge, this Doe Defendant does not have a motion pending.  To the best of Plaintiff's knowledge, all Doe Defendants have been voluntarily dismissed from the case, and the claims against the named Defendants have been resolved via voluntary dismissal (Defendant Sonka) and judgment (Defendant Smith).

Respectfully Submitted,

DATED:  September 16, 2011    By:    CALL OF THE WILD MOVIE, LLC
/s/_____
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*